IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NEW WORLD INTERNATIONAL, INC., | § | CIVIL ACTION NO. |
| and NATIONAL AUTO PARTS, INC., | § | |
| | § | 3:15-CV-01121-M |
| Plaintiffs, | § | |
| v. | § | |
| | § | |
| FORD GLOBAL TECHNOLOGIES, LLC, | § | |
| | § | |
| Defendant. | § | |

NOTICE OF APPEAL

1.      Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiffs New World International, Inc. and National Auto Parts, Inc. file this Notice of Appeal.

2.      The parties taking the appeal are Plaintiffs New World International, Inc. and National Auto Parts, Inc. (collectively "Plaintiffs").

3.      The orders being appealed are:

(a)      Order granting Ford Global Technologies, LLC's (Defendant's) motion to dismiss for lack of personal jurisdiction and denying Plaintiffs' motion for jurisdictional discovery [Doc. 48] signed and entered October 28, 2015;

(b)      Sealed Order denying Plaintiffs' motion for reconsideration and denying Plaintiffs' motion for leave to file an amended complaint [Doc. 66] signed on March 16, 2016 and entered March 17, 2016;

(c)      Order denying Plaintiffs' motion for reconsideration and denying Plaintiffs' motion for leave to file an amended complaint [Doc. 67] signed on March 16, 2016 and entered March 17, 2016; and

1

(d)     Amended Order granting Defendant's motion to dismiss for lack of personal jurisdiction and denying Plaintiffs' motion for jurisdictional discovery [Doc. 68; 68-1] signed on March 16, 2016 and entered March 17, 2016;

4.     Plaintiffs New World International, Inc. and National Auto Parts, Inc. also give notice of intent to appeal all non-final orders and rulings which produced or are related to the judgments and orders specifically referred to in paragraph 3 above.

5.     This appeal is taken to the United States Court of Appeals for the Federal Circuit.

Respectfully submitted,


/s/ Robert G. Oake, Jr.
Robert G. Oake, Jr.
Texas State Bar No. 15154300
Oake Law Office
825 Market Street, Suite 250,
Allen, Texas 75013
(214) 207-9066
rgo@oake.com
Attorney for Plaintiffs


CERTIFICATE OF SERVICE

On April 14, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).


/s/ Robert G. Oake, Jr.
Robert G. Oake, Jr.
Attorney for Plaintiffs